1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Chief, Criminal Division

4    AARON D. WEGNER (CABN 243809)
     Assistant United States Attorney
5
        1301 Clay St., 3rd Floor
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Fax: (510) 637-3724
        E-Mail: aaron.wegner@usdoj.gov
8
     Attorneys for the United States
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13   UNITED STATES OF AMERICA,          )     No. 4-12-71274-MAG
                                        )
14            Plaintiff,                 )     [PROPOSED] ORDER AND
                                        )     STIPULATION FOR CONTINUANCE OF
15       v.                              )     DETENTION HEARING FROM
                                        )     DECEMBER 13, 2012 TO DECEMBER 18,
16   MARIN MENDOZA                       )     2012
                                        )
17            Defendant.                 )
                                        )
18   _____)

19           On December 6, 2012, Assistant United States Attorney Katie Medearis and Assistant

20   Federal Public Defender Ned Smock appeared before the Court for a detention hearing for the

21   defendant.  At the hearing, defense counsel requested that the Pretrial Services Office conduct a

22   full bail study and issue a report.  To allow time for the bail study and report to be completed, the

23   Court continued the detention hearing to December 13, 2012.  However, due to court obligations

24   in San Francisco, undersigned government counsel is not available on December 13.  The parties

25   ///

26   ///

27   ///

28   ///

1   have met and conferred regarding the issue and now agree to continue the detention hearing to

2   December 18, 2012, at 9:30 a.m.

3

4   IT IS SO STIPULATED:

5

6   DATED: December 11, 2012 _____/s/_____

7                                               NED SMOCK
                                                Attorney for Defendant Marin Mendoza

8

9

10  DATED: December 11, 2012 _____/s/_____
                                                AARON D. WEGNER
11                                              Assistant United States Attorney

12       For good cause shown, the detention hearing in this matter will be continued to December 18,

13  2012, at 9:30 a.m.

14

15  IT IS SO ORDERED.

16

17  DATED: 12/12/12 _____        _____

18                                          HON. KANDIS A. WESTMORE
                                            United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

2